IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANEEN LUCAS                                                                                          PLAINTIFF

v.                                                    CIVIL NO. 22-5018

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                      DEFENDANT

**O R D E R**

On February 2, 2022, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (ECF No. 2). Plaintiff also filed a request for leave to proceed *in forma pauperis* on the same date. (ECF No. 5). By Order dated February 2, 2022, the Court sought additional information regarding Plaintiff's application on or before February 16, 2022. (ECF No. 6).

Plaintiff provided the additional information on February 16, 2022. (ECF No. 7). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 17th day of February 2022:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is granted. (ECF No. 5). The Court hereby directs that a copy of the complaint, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Kilolo Kijakazi, Acting Commissioner, Social Security Administration, as well as, Merrick B. Garland, U.S. Attorney General, and Candace Taylor, Assistant U.S. Attorney. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/   *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE